UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RACHEL STEWART and WILLIAM STEWART, | Case No. 18-CV-2114 (NEB/DTS) |
| Plaintiffs, | |
| v. | ORDER ON DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS AND FOR PARTIAL SUMMARY JUDGMENT |
| NORCOLD, INC.; THETFORD CORPORATION; THE DYSON-KISSNER-MORAN CORPORATION; CAMPING WORLD, INC d/b/a Camping World of Rogers; and DOES 1-50, inclusive. | |
| Defendants. | |

On June 14, 2019, the Court heard argument on the Defendants' Motion to Exclude Plaintiffs' Experts and for Partial Summary Judgment. [ECF Nos. 41, 47.][1] For the reasons stated to the parties in the record, IT IS ORDERED that the motions [ECF Nos. 41, 47] are DENIED without prejudice. The Court notes the parties should abide by the Court's

---

[1] Defendants Norcold, Inc., Thetford Corporation, and The Dyson-Kissner-Moran Corporation filed their motion on May 1, 2019 [ECF No. 41] and thereafter Defendant Camping World, Inc. filed an identical motion, stating, "in support of its motion, Camping World joins the Norcold Defendants Motion to Exclude Expert and for Partial Summary Judgment and incorporates by reference their supporting memoranda and affidavits." [ECF No. 47 at 1.]

1

Practice Pointers and Preferences when requesting to file a summary judgment motion before the discovery deadline.

Dated: June 14, 2019                    BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge